**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-7767**

———————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

YUESEYUAN CRUEL,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   J. Michelle Childs, District
Judge.  (6:08-cr-00797-HFF-1)

———————————

Submitted:  March 25, 2014          Decided:   March 27, 2014

———————————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Yueseyuan Cruel, Appellant Pro Se.   David Calhoun Stephens,
Assistant United States Attorney, Greensville, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yueseyuan Cruel appeals the district court's order denying his petition for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cruel, No. 6:08-cr-00797-HFF-1 (D.S.C. Oct. 4, 2013). We deny Cruel's motion for injunctive relief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED